FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 DEC 11 AM 11: 27
CLERK J. Hodge
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) INDICTMENT NO: 1:18-CR-0087 |
| | ) |
| KAONE SHAREEK RILEY | ) |
| | ) |

## UNSEALING ORDER

Upon motion of the United States for an order unsealing the Indictment, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, and good cause appearing therefore, the investigation of the Defendant has concluded and will not be compromised by unsealing said documents and that such documents will be provided to counsel for the Defendant, it is,

**ORDERED** that the Government's motion is GRANTED. The Indictment, returned by the Grand Jury for the Southern District of Georgia on December 7, 2018, in the above-styled matter, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, are hereby UNSEALED.

Order entered at Augusta, Georgia, this 11th day of December 2018.

_____
HONORABLE BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA