| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:18CR00087-1 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kaone Shareek Riley<br>8042 Bluff Road<br>Allendale, South Carolina 29810 | SOUTHERN GEORGIA | AUGUSTA |
| | NAME OF SENTENCING JUDGE | |
| | Honorable J. Randal Hall, Chief Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: March 4, 2022 — TO: March 3, 2025 |

**OFFENSE**
Possession of a firearm by a prohibited person

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN** DISTRICT OF **GEORGIA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF SOUTH CAROLINA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/6/2023
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **SOUTH CAROLINA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/23/23
*Effective Date*

*[signature]*
*United States District Judge*